

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Payton Burke
County Auditor
Falls County
Marlin, Texas

Dear Sir:

Opinion No. O-3125
Re: Can the county auditor legally
approve a salary claim of the
tax assessor-collector in ex-
cess of $2,000 per annum for
his chief deputy and $1,700
per annum for all other depu-
ties?

Your recent request for an opinion of this depart-
ment upon the above stated question has been received.

We quote from your letter as follows:

"Please give me a written opinion on the
following question:

"Can I, as County Auditor of Falls County,
legally approve a salary claim of the Tax
Assessor-Collector in excess of $2,000 per
annum for his chief deputy and $1,700 per
annum for all other deputies?

"Falls County has a population, accord-
ing to the 1940 census, of 35,984 and is
operating upon a salary basis."

Article 3902, Vernon's Annotated Civil Statutes,
reads in part as follows:

"Whenever any district, county or pre-
cinct officer shall require the services of
deputies, assistants or clerks in the perform-
ance of his duties he shall apply to the County
Commissioners' Court of his county for au-
thority to appoint such deputies, assistants

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

or clerks, stating by sworn application the number needed, the position to be filled and the amount to be paid. Said application shall be accompanied by a statement showing the probably receipts from fees, commissions and compensation to be collected by said office during the fiscal year and the probable disbursements which shall include all salaries and expenses of said office; and said court shall make its order authorizing the appointment of such deputies, assistants and clerks and fix the compensation to be paid them within the limitations heeein prescribed and determine the number to be appointed as in the discretion of said court may be proper; provided that in no case shall the Commissioners' Court or any member thereof attempt to influence the appointment of any person as deputy, assistant or clerk in any office. Upon the entry of such order the officers applying for such assistants, deputies or clerks shall be authorized to appoint them; provided that said compensation shall not exceed the maximum amount hereinafter set out. The compensation which may be allowed to the deputies, assistants or clerks above named for their services shall be a reasonable one, not to exceed the following amounts:

" . . .

"2. In counties having a population of twenty-five thousand and one (25,001) and not more than thirty-seven thousand, five hundred (27,500) inhabitants, first assistant or chief deputy not to exceed Two Thousand Dollars ($2,000) per annum; other assistants, deputies, or clerks not to exceed Seventeen Hundred Dollars ($1700) per annum each. Provided, however, that in all counties containing a population of not less than thirty thousand (30,000) nor more than thirty-seven thousand, five hundred (37,500), according to the last

precoding Federal Census, and haveing a
baluation in excess of Eighty-five Million
Dollars ($85,000,000), and in all counties
having an assessed valuation of not less
than Twenty-seven Million, Five Hundred
Thousand Dollars ($27,500,000) nor more
than Twenty-seven Million, Seven Hundred
Thousand Dollars ($27,700,000), according
to the last approved tax roll, and contain-
ing a population of not less than fifty-
three thousand, nine hundred (53,900)
nor more than fifty-four thousand (54,000)
according to the last preceding Federal
Census, four (4) deputies in the Tax
Collector and Assessor's office may re-
ceive not to exceed Twenty-four Hundred
Dollars ($2400) per annum each, the re-
mainder of the deputies in said office shall
receive not exceeding Seventeen Hundred
Dollars ($1700) per annum each.

            "..."

        We are informed that Falls County does not have
any of the assessed valuations mentioned in paragraph 2 of
Article 3902, that would authorize a different compensa-
tion for deputies of the tax assessor-collector, other than
that which is provided for by the general provisions of
the statute.  It will be noted that under the general
provision of paragraph 2 of Article 3902 in all counties
having a population of 25,001 and not more than 37,500
inhabitants, the first assistant or chief deputy shall
receive compensation not to exceed $2,000 per annum and
all other assistants, deputies or clerks shall receive
compensation not to exceed $1,700 per annum each.  There-
fore your question is respectfully answered in the nega-
tive.

        We cannot assume from the facts stated in your
letter that you have any reference to compensation of depu-
ties of the tax assessor-collector serving in branch
offices, and this opinion is not to be construed as touch-
ing the same.  However, in this connection we call your
attention to our opinions Nos. O-1447 and O-834, copies

Honorable Peyton Burke, Page 4

of which are enclosed for your information.

Trusting that the foregoing fully answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

AW:GO

APPROVED FEB 12, 1941
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS